Jack C. VAUGHAN, Appellant

v.

BRANDON, BRANDON, HORNSBY & HANDY, and the Texas Company,
Appellees.

No. 14730.

United States Court of Appeals
Fifth Circuit.

Feb. 9, 1954.

Rehearing Denied April 12, 1954.

Jack C. Vaughan, St. Louis, Mo., for appellant.

G. H. Brandon, Natchez, Miss., Brandon, Brandon, Hornsby & Handy, Natchez, for appellees.

Before BORAH and RUSSELL, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment appealed from is affirmed upon authority of Taliaferro v. Sims, 5 Cir., 187 F.2d 6, and Gunter v. Reeves, 198 Miss. 31, 21 So.2d 468.